AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boyd, James W. | U.S. Bankruptcy Court, Western District of Michigan | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
1 Division Avenue North
Grand Rapids, Michigan 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | self-employed "early childhood specialist" |
| 2. | 2020 | Michigan State Employees Retirement System defined benefit plan monthly income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/17/2020 | Detroit, MI | Legal education seminar for attorneys and law students | Meals, parking, mileage. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boyd, James W.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Cash Surrender Value Life Insurance-<br>Midwestern United Life Insurance | | None | J | T | | | | | |
| 2.   Fifth Third Bank Checking Account | | None | J | T | | | | | |
| 3.   Fifth Third Relationship Money Market<br>Account | | None | J | T | | | | | |
| 4.   Members Credit Union Checking Account,<br>n/k/a 4Front Credit Union | | None | J | T | | | | | |
| 5.   Members Credit Union Share Account, n/k/<br>a 4Front Credit Union | | None | J | T | | | | | |
| 6. | | | | | | | | | |
| 7.   Joint Brokerage Account (H) | | | | | | | | | |
| 8.   Vanguard Federal Money Market Fund<br>(Settlement Fund) | | None | | | Buy | 12/30/20 | J | | From VMRXX |
| 9. | | | | | Sold | 12/30/20 | J | | Vanguard Advisor Fee |
| 10.   Vanguard 500 Index Fund Admiral Shares,<br>VFIAX | A | Dividend | L | T | | | | | |
| 11.   Vanguard Cash Reserves Federal Money<br>Market Admiral CL, VMRXX | A | Dividend | K | T | Buy | 09/18/20 | K | | From VMMXX |
| 12. | | | | | Sold<br>(part) | 10/05/20 | J | | Vanguard Advisor Fee |
| 13. | | | | | Sold<br>(part) | 12/29/20 | J | | to Settlement Fund |
| 14.   Vanguard Cash Reserves Fedl Money<br>Market Investor CL, VMMXX | A | Dividend | | | Sold<br>(part) | 03/31/20 | L | | To VTSAX and<br>VVIAX |
| 15. | | | | | Sold<br>(part) | 07/07/20 | J | | Vanguard Advisor Fee |
| 16. | | | | | Sold | 09/18/20 | K | | To VMRXX |
| 17.   Vanguard Total International Stock Index<br>Admiral CL, VTIAX | | None | J | T | Buy | 12/24/20 | J | | From VTSAX |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Total Stock Market Index Fund Admiral Shares, VTSAX | D | Dividend | O | T | Buy (add'l) | 03/31/20 | K | | From VMMXX |
| 19. | | | | | Buy (add'l) | 03/31/20 | J | | From SVVC |
| 20. | | | | | Sold (part) | 12/24/20 | J | | To VTIAX |
| 21. Vanguard Value Index Admiral CL, VVIAX | A | Dividend | K | T | Buy | 03/31/20 | K | | From VMMXX |
| 22. Powershares QQQ Trust Series 1, QQQ | A | Dividend | K | T | | | | | |
| 23. Firsthand Technology Value Fund Inc, SVVC | | None | | | Sold | 03/31/20 | J | | To VTSAX |
| 24. Firsthand Technologies Opportunity Fund, TEFQX | A | Dividend | K | T | | | | | |
| 25. | | | | | | | | | |
| 26. Traditional IRA (H) | | | | | | | | | |
| 27. Vanguard Target Retirement Fund 2015-IRA, VTXVX | | None | | | Sold | 03/30/20 | K | | To VBTLX |
| 28. Vanguard Intermediate-Term Invst. Admiral Shares-IRA, VFIDX | E | Dividend | N | T | Buy (add'l) | 03/30/20 | M | | From Vasix |
| 29. Vanguard Short-Term Investment-Grade Fund Admiral Shares-IRA, VFSUX | C | Dividend | M | T | Buy | 03/30/20 | M | | From Vasix |
| 30. | | | | | Buy (add'l) | 12/28/20 | K | | From VTSAX |
| 31. Vanguard Total Bond Market Index Fund Admiral Shares-IRA, VBTLX | D | Dividend | N | T | Buy (add'l) | 03/30/20 | M | | From Vasix |
| 32. | | | | | Buy (add'l) | 03/30/20 | K | | From VTXVX |
| 33. Vanguard Total International Bond Index Fund Admiral Shares-IRA, VTABX | C | Dividend | N | T | Buy (add'l) | 03/30/20 | K | | From Vasix |
| 34. Vanguard Life Strategy Income Fund -IRA, VASIX | B | Dividend | | | Sold (part) | 03/30/20 | N | | to VTSAX, VFSUX, VFIDX, |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 03/30/20 | M | | to VBTLX, and VTABX |
| 36. Vangaurd Total Stock Market Index Admiral CL, VTSAX | A | Dividend | | | Buy | 03/30/20 | K | | From VASIX |
| 37. | | | | | Sold | 12/28/20 | K | | To VFSUX |
| 38. | | | | | | | | | |
| 39. SEP IRA (H) | | | | | | | | | |
| 40. Vanguard Cash Reserves Fedl Money Market Investor CL, VMMXX | A | Dividend | | | Sold | 03/31/20 | K | | To VEXAX |
| 41. Vanguard Total Intl Stock Index Fund Admiral Shares, VTIAX | C | Dividend | M | T | Sold (part) | 03/31/20 | K | | To VEXAX & VBTLX |
| 42. | | | | | Sold (part) | 12/24/20 | J | | to VFSUX |
| 43. | | | | | Sold (part) | 12/24/20 | K | | to VFIDX |
| 44. | | | | | Sold (part) | 12/24/20 | K | | to VBTLX |
| 45. | | | | | Sold (part) | 12/24/20 | K | | to VTABX |
| 46. Vanguard Extended Market Index Admiral CL, VEXAX | A | Dividend | K | T | Buy | 03/30/20 | K | | from VMMXX |
| 47. | | | | | Buy (add'l) | 03/30/20 | J | | from VTIAX |
| 48. | | | | | Sold (part) | 12/24/20 | L | | to VBTLX |
| 49. Vanguard Intermediate Term Invest Grade Admiral CL, VFIDX | A | Dividend | K | T | Buy | 12/28/20 | K | | from VTIAX |
| 50. Vanguard Short Term Invest Grade Admiral CL, VFSUX | A | Dividend | J | T | Buy | 12/24/20 | J | | from VTIAX |
| 51. | | | | | Buy (add'l) | 12/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Bond Market Index Admiral CL, VBTLX | A | Dividend | M | T | Buy | 03/30/20 | J | | from VTIAX |
| 53. | | | | | Buy (add'l) | 12/24/20 | L | | from VEXAX |
| 54. | | | | | | | | | |
| 55. Vanguard Total Intl Bond Index Admiral CL, VTABX | C | Dividend | K | T | Buy | 12/24/20 | K | | from VTIAX |
| 56. | | | | | | | | | |
| 57. Traditional IRA (H) | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. Vanguard Federa Money Market Fund IRA, Settlement Fund | A | Dividend | | | Sold (part) | 03/31/20 | J | | to VTIAX |
| 60. | | | | | Sold (part) | 03/31/20 | J | | to VTSAX |
| 61. | | | | | Sold (part) | 03/31/20 | J | | to VTABX |
| 62. | | | | | Sold | 03/31/20 | J | | to VBTLX |
| 63. Vanguard Total Bond Market Index Fund Admiral, VBTLX | A | Dividend | K | T | Buy | 03/31/20 | J | | from Settlement Fund |
| 64. | | | | | Buy (add'l) | 12/28/20 | J | | from VTIAX |
| 65. | | | | | Buy (add'l) | 12/28/20 | J | | from VTSAX |
| 66. Vanguard Total International Bond Index Fund Admiral Shares, VTABX | A | Dividend | J | T | Buy | 03/31/20 | J | | from Settlement Fund |
| 67. Vanguard Total International Stock Index Fund Admiral Shares, VTIAX | A | Dividend | J | T | Buy | 03/31/20 | J | | from Settlement Fund |
| 68. | | | | | Sold (part) | 12/28/20 | J | | to VBTLX |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Total Stock Market Index Admiral CL, VTSAX | A | Dividend | | | Buy | 03/31/20 | J | | from Settlement Fund |
| 70. | | | | | Sold | 12/28/20 | J | | to VBTLX |
| 71. SEP IRA (H) | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. Vanguard Federal Money Market Fund-SEP IRA, (VFMMF) | A | Dividend | J | T | Sold (part) | 03/31/20 | J | | to VBTLX, VTABX, VTIAX |
| 74. | | | | | Sold (part) | 06/30/20 | J | | to VBTLX |
| 75. | | | | | Sold (part) | 09/28/20 | J | | to VBTLX |
| 76. | | | | | Sold (part) | 12/28/20 | J | | to VBTLX |
| 77. Vanguard Total Bond Market Index Admiral CL, VBTLX | A | Dividend | J | T | Buy | 03/31/20 | J | | From VFMMF |
| 78. | | | | | Buy (add'l) | 06/30/20 | J | | From VFMMF |
| 79. | | | | | Buy (add'l) | 09/28/20 | J | | From VFMMF |
| 80. | | | | | Buy (add'l) | 12/28/20 | J | | From VFMMF |
| 81. | | | | | Buy (add'l) | 12/28/20 | J | | From VTIAX |
| 82. Vanguard Total Intl Bond Index Admiral CL, VTABX | A | Dividend | J | T | Buy | 03/31/20 | J | | From VFMMF |
| 83. Vanguard Total Intl Stock Index Admiral CL, VTIAX | A | Dividend | J | T | Buy | 03/31/20 | J | | From VFMMF |
| 84. | | | | | Sold (part) | 12/28/20 | J | | to VBTLX |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boyd, James W.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. State of MI Stable Value Fund-401k | B | Dividend | L | T | | | | | |
| 87. State of MI Pimco Total Return Fund-401k | C | Dividend | L | T | | | | | |
| 88. State of MI Dodge and Cox Stock Fund-401k | C | Dividend | L | T | | | | | |
| 89. BlackRock Emerging Market Index-401k | D | Dividend | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. State of MI Stable Value Fund-457 | B | Dividend | K | T | Sold (part) | 03/25/20 | K | | to State Street Retirement |
| 92. State of MI Dodge and Cox Stock Fund-457 | A | Dividend | K | T | Sold (part) | 03/25/20 | K | | to State Street Retirement |
| 93. BlackRock Emerging Markets Index-457 | A | Dividend | | | Sold | 03/25/20 | K | | to State Street Retirement |
| 94. State Street Target Retirement 2020 | E | Dividend | L | T | Buy | 03/25/20 | L | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII: Liine 14. On prior report, this fund was identified as "Vanguard Prime Money Market Fund".

VII: Line 40: On prior report, this fund was identified as "Vanguard Prime Money Market Fund".

VII: Line 59: On prior report, this fund was identified as "Vanguard Prime Money Market Fund".

VII: Line 73, This fund is used as a "sweep" account for this SEP-IRA. Dividends from other investments in this SEP-IRA are deposited into this account. At the conclusion of each quarter, the balances are then transfered to VBTLX (Line 77), as refelcted in Part VII. The totals are nominal ($44.50 on 6/30/20, $31.69 on 9/28/20, and $58.16 on 12/28/20).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James W. Boyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544